# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> INFINITY GROUP SERVICES, et al., <br><br> Defendants. | CASE NO: 8:09-cv-00977-DOC-MLG <br><br> **PROTECTIVE ORDER RE: SUBPOENA OF MATERIALS FROM TRUSTEE JOHN WOLFE AS CUSTODIAN OF THE RECORDS OF DEFENDANT INFINITY GROUP SERVICES** <br><br> DATE: January 26, 2010 <br> TIME: 10:00 a.m. <br> ROOM: 6A |

THE COURT having reviewed the subpoena of the Federal Trade Commission for Infinity Group Services records in the custody of Chapter 7 Trustee John Wolfe, the Motion of Trustee John Wolfe to modify the subpoena and/or for a protective order, Opposition of the Federal Trade Commission, and Reply of the Trustee and good cause appearing therefore hereby orders as follows:

1. The Federal Trade Commission is authorized to review the materials within the scope of its subpoena and to designate those materials which it desires to copy. Any materials containing personal consumer information, including but not limited to, tax returns, financial statements, payroll data or the like shall not be disclosed except as between the parties and their necessary representatives. Any such materials which are filed with the Court shall be so designated and

filed under seal;

2. If the personal consumer information referred to herein is requested from the Federal Trade Commission by a government agency with authority to request and receive such information the same may be shared upon the requesting government agency's written acknowledgment that the agency will comply with the provisions of this Protective Order.

3. The Court acknowledges that the Trustee has not waived any privileges which he may hold with regard to the Infinity Group Services documentation and that the remaining defendants reserve what rights they may have to assert any such privilege. The Court makes no blanket ruling as to the privileges applicable to any such documentation and will consider the same as appropriately presented by way of further proceedings;

4. The Court reserves jurisdiction to make such further determinations as appropriate with regard to disclosure of personal consumer information in this proceeding.

Dated: January 28, 2010

_____
HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM & CONTENT.

FEDERAL TRADE COMMISSION

Dated: January 27, 2010        /s/ Gary Kennedy
                               GARY KENNEDY
                               Attorney for Plaintiff,
                               FEDERAL TRADE COMMISSION

BARNETT & RUBIN

Dated: January 27, 2010        /s/ Richard L. Barnett
                               RICHARD L. BARNETT
                               Attorney for John Wolfe, Ch. 7 Trustee for
                               INFINITY GROUP SERVICES

2